UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| UNITED STATES OF AMERICA | 3:15-CR- 3:15-CR-001-HZ |
|---|---|
| v. | **INFORMATION** |
| CHRISTOPHER MICHAEL ENOS, and<br>BENJAMIN J. VOTH, | 18 U.S.C. § 641<br>21 U.S.C. § 853 |
| Defendants. | Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES**:

<u>COUNT 1</u>
(Theft of Government Property)
(18 U.S.C. § 641)

On or about June 10, 2012, in the District of Oregon, defendants **CHRISTOPHER MICHAEL ENOS**, and **BENJAMIN J. VOTH**, did willfully and knowingly steal copper metal and copper pipes of the value of at least $230.20 which copper metal and copper pipes were goods and property of the United States, Federal Deposit Insurance Corporation, in violation of Title 18 U.S.C. § 641.

It is further alleged that this offense is a Class A misdemeanor, with a maximum penalty of one-year imprisonment, a fine of $100,000, and a $25 fee assessment.

///

///

///

///

///

///

## COUNT 2
## (Theft of Government Property)
## (18 U.S.C. § 641)

On or about June 20, 2012, in the District of Oregon, defendants **CHRISTOPHER MICHAEL ENOS**, and **BENJAMIN J. VOTH**, did willfully and knowingly steal copper metal sheeting of the value of at least $241.50 which copper sheeting was goods and property of the United States, Federal Deposit Insurance Corporation, in violation of Title 18 U.S.C. § 641.

It is further alleged that this offense is a Class A misdemeanor, with a maximum penalty of one year imprisonment, a fine of $100,000, and a $25 fee assessment.

## COUNT 3
## (Theft of Government Property)
## (18 U.S.C. § 641)

On or about June 25, 2012, in the District of Oregon, defendants **CHRISTOPHER MICHAEL ENOS**, and **BENJAMIN J. VOTH**, did willfully and knowingly steal copper sheeting of the value of at least $435.00 which copper sheeting was goods and property of the United States, Federal Deposit Insurance Corporation, in violation of Title 18 U.S.C. § 641.

It is further alleged that this offense is a Class A misdemeanor, with a maximum penalty of one-year imprisonment, a fine of $100,000, and a $25 fee assessment.

## FORFEITURE ALLEGATION

Upon conviction of the offenses alleged in Counts 1 through 3 of this Information, defendants **CHRISTOPHER ENOS,** and **BENJAMIN L. VOTH,** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to the following:

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without

difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) as incorporated by 18 U.S.C. § 982(b), to seek forfeiture of any other property of said defendant(s) up to the value of the forfeitable property described above.

DATED this 6th day of January 2015.

S. AMANDA MARSHALL
United States Attorney

*[signature]*
JOHNATHAN S. HAUB, OSB#76165
Assistant United States Attorney